IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARVIN W. RUTLEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-21-1012-C |
| ) | |
| KILOLO KIJAKAZI, Acting Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for judicial review of the Acting Commissioner's denial of disability insurance benefits was referred for initial proceedings to United States Magistrate Judge Suzanne Mitchell, consistent with 28 U.S.C. § 636(b)(1)(B). Judge Mitchell entered a Report and Recommendation on May 31, 2022, recommending that the decision of the Commissioner be reversed and remanded for further administrative proceedings. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 22) of the Magistrate Judge is adopted in its entirety, and this matter is reversed and remanded to the Acting Commissioner for further administrative proceedings. A judgment shall enter accordingly.

IT IS SO ORDERED this 21st day of June 2022.

ROBIN J. CAUTHRON
United States District Judge