IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARVIN W. RUTLEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-21-1012-C |
| ) | |
| KILOLO KIJAKAZI, Acting Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

After careful consideration of the pleadings on file, the administrative record, the Report and Recommendation of the United States Magistrate Judge, and Defendant's Objection thereto, this Court is of the opinion that the final decision of the Defendant Acting Commissioner must be reversed and remanded to the Social Security Administration for further administrative proceedings, as more fully explained in the Report and Recommendation of the Magistrate Judge (Dkt. No. 22).

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the final decision of the Defendant Acting Commissioner of the Social Security Administration be and the same is hereby reversed and remanded for further proceedings.

DATED this 21st day of June 2022.

ROBIN J. CAUTHRON
United States District Judge